LOUIS STRAUS, Respondent, v. ABRAHAM SIMON and ROSE SIMON, His Wife, Appellants, and SAMUEL FEINSTEIN, Defendant.— Order denying motion to open

default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.